

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/20/2024

Vivian Rivera Drohan
T: (212)710-0004
vdrohan@dlkny.com

May 20, 2024

> **APPLICATION GRANTED:** The Case Management Conference scheduled for <u>June 24, 2024</u> is hereby adjourned sine die. Counsel is directed to submit a joint status letter to the Court by <u>June 24, 2024.</u>
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 05/20/2024

**VIA ECF**
Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *L.E. et al v. New York City Dep't of Educ.,* 24-cv-2843 (DEH)(KHP)

Dear Magistrate Judge Parker,

    We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq*., as well as for this action.

    The parties submit this joint letter in accordance with the Court's April 23, 2024 Order (ECF No. 9). We respectfully inform the Court that because this matter sets forth only a claim for attorneys' fees and costs and no other claim for liability, there is no need for discovery. At this time, Plaintiffs provided their settlement demand and supporting documents and Defendant is processing this matter for settlement. We note that our firm has settled all of the many similar IDEA fees-only cases brought by plaintiffs represented by the Dayan firm in recent years without the need to burden the court with any motion practice and often without the need to attend conferences or to file an Answer. <u>The parties, therefore, respectfully request the adjournment, *sine die*, of the telephonic Case Management Conference scheduled before Your Honor on June 24, 2024. This is the first request for an adjournment of the Conference.</u>

    <u>Accordingly, the parties request that the Case Management Conference scheduled for June 24, 2024, be adjourned *sine die*.</u> The parties propose that in the alternative, the Court accept a proposed briefing schedule, if necessary, in the parties' August 5, 2024 joint status letter.

    Thank you for considering these requests.

Respectfully Submitted,

By: */s/ Vivian Rivera Drohan*
Vivian Rivera Drohan

cc: Adam Dayan, (via ECF)

Drohan Lee LLP | 5 Penn Plaza, 19th Floor, New York, NY 10001  main: (212) 710-0000  www.dlkny.com